UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRIAN HAYGOOD | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:14-CV-1934-WCL |
| v. | ) |
| | ) |
| CITY OF SOUTH BEND, INDIANA | ) |
| | ) |
| Defendant. | ) |

ORDER

The Court has been advised by counsel that this action may be removed from the Court's Calendar and docket. Accordingly, this case is dismissed without prejudice. Counsel shall file a Stipulation and submit a proposed form of order within 30 days from the date of this Order.

Enter:   May 10, 2016

                                                   s/William C. Lee
                                                  William C. Lee, Judge
                                                  United States District Court