**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

BRIAN HAYGOOD,

       *Plaintiff,*

  v.

CITY OF SOUTH BEND,

       *Defendant.*

Case No. 3:14-cv-1934-WCL

## STIPULATION OF DISMISSAL

According to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to the dismissal, WITH PREJUDICE, of this action, with each party to bear its own costs and legal fees.

Respectfully submitted,


**/s/ Michael J. Hays**
Michael J. Hays (23606-71)
TUESLEY HALL KONOPA LLP
212 E. LaSalle Ave., Suite 100
South Bend, Indiana  46617
(574) 232-3538
mhays@thklaw.com

*Counsel for Defendant*

**/s/ Thomas M. Dixon** (by permission)
Thomas M. Dixon (18611-71)
DIXON, WRIGHT, & ASSOCIATES, P.C.
55255 Birchwood Court
Osceola, IN  46561
(574) 315-6455
tdixon3902@comcast.net

*Counsel for Plaintiff*